# EXHIBIT 3

# EXHIBIT 3

 **CT Corporation**

**Service of Process Transmittal**
01/29/2021
CT Log Number 538968462

| | |
|---|---|
| **TO:** | Elena Diaz<br>Greystar Real Estate Partners, LLC<br>465 MEETING ST STE 500<br>CHARLESTON, SC 29403-4832 |
| **RE:** | **Process Served in Nevada** |
| **FOR:** | Alliance Residential Company, LLC  (Assumed Name)  (Domestic State: AZ)<br>Alliance Residential, LLC (True Name) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Allan Doherty, etc., Pltf. vs. Alliance Residential Company, LLC, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # A20824817C |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Carson City, NV |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/29/2021 at 12:36 |
| **JURISDICTION SERVED :** | Nevada |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/29/2021, Expected Purge Date: 02/03/2021 |
| | Image SOP |
| | Email Notification,  Joan Hamilton  jhamilton@greystar.com |
| | Email Notification,  Paul Henderson  paul.henderson@greystar.com |
| | Email Notification,  Derek Ramsey  dramsey@greystar.com |
| | Email Notification,  Elena Diaz  ctsop@greystar.com |
| | Email Notification,  Jill Streett  jill.streett@greystar.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>701 S. Carson Street<br>Suite 200<br>Carson City, NV 89701<br>866-203-1500<br>DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s)

Page 1 of  2 / JD



# Service of Process Transmittal
01/29/2021
CT Log Number 538968462

**TO:** Elena Diaz
Greystar Real Estate Partners, LLC
465 MEETING ST STE 500
CHARLESTON, SC 29403-4832

**RE:** **Process Served in Nevada**

**FOR:** Alliance Residential Company, LLC  (Assumed Name)  (Domestic State: AZ)
Alliance Residential, LLC (True Name)

of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.