# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ALLAN DOHERTY,

        Plaintiff,

vs.

ALLIANCE RESIDENTIAL COMPANY, LLC; DOES I through X; and ROE Corporations XI and XX, inclusive,

        Defendant.

2:21-cv-00275-KJD-BNW

**ORDER**

      Before the Court is Defendant's Motion for Exception to Attendance Requirements for Early Neutral Evaluation Session (ECF NO. 13).

      Accordingly,

      IT IS HEREBY ORDERED that any opposition to Defendant's Motion for Exception to Attendance Requirements for Early Neutral Evaluation Session (ECF NO. 13) must be filed on or before March 31, 2021. No reply needed.

      DATED this 24th day of March, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE